JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ARESTAKES TIMOURIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner<br>of the Social Security<br>Administration,<br><br>    Defendant. | Case No. CV 19-01915-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 12, 2020

            _____/s/_____
              ALKA SAGAR
         UNITED STATES MAGISTRATE JUDGE